UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CV 18-5292

In the Matter of B.A.S.  )
)
Isacco Jacky Saada,  )
)                                    DONNELLY, J.
        Petitioner,  )
)        Case No. _____
    v.  )
)                                    GOLD, M.J.
Narkis Aliza Golan,  )
)
        Respondent.  )
_____ )

UPON the accompanying Petition for Return of the Child to Petitioner, verified on September 20, 2018, annexed hereto, the Declaration of Robert D. Arenstein, dated September 20, 2018, the memorandum of law and the exhibits attached thereto, it is hereby

ORDERED that respondent, Narkis Aliza Golan, or her attorneys, show cause before this Court, at the United States Courthouse, United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, Room 4GN on the 24th day of September, 2018 at 2 o'clock in the after noon thereof, or as soon thereafter as counsel can be heard, why an Order should not be made and entered granting the Petitioner the following relief:

  a. Set an expedited hearing on the petition and communicate that hearing date and time to petitioner so that petitioner may provide notice of these proceedings and the hearing pursuant to ICARA Section 9003(c).

  b. Issue an order following the hearing, directing that the child shall be returned to his Habitual Residence of Italy, pursuant to Article 12 of the Convention.

  c. Issue an order directing Respondent to pay Petitioner for all costs and fees incurred to date by reason of the child's wrongful removal and retention pursuant to 22 U.S.C. § 9007;

  d. any such further relief as justice and its cause may require.



ORDERED that pending the hearing and determination of this application and the entry of an Order thereon, that Respondent shall surrender to the Clerk of the Court the Respondent's passports and the passports of the child, *within 24 hours after Respondent is served with a copy of this order*; and it is further

ORDERED that pending the hearing and determination of this application and the entry of an Order thereon, that Respondent be precluded from removing the child from the City and State of New York and the jurisdiction of this Court; and it is further

ORDERED that personal service of a copy of this Order, together with the copies of the papers upon which it was brought on respondent before the 21st day of September, 2018, shall be deemed sufficient.

ENTER,

s/Ann M. Donnelly
U.S.D.J.