UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In the Matter of B.A.S.,

ISACCO JACKY SAADA,

                Petitioner,

    -against-

NARKIS ALIZA GOLAN,

                Respondent.

---------------------------------------------------------------x

**ORDER TO SHOW CAUSE**

18-CV-5292 (AMD) (SG)

**ANN M. DONNELLY**, District Judge.

      An Order of this Court having issued on September 20, 2018, directing that the Respondent surrender passports for both herself and infant B.A.S., to the Clerk of Court, and the Clerk of Court having indicated the Clerk's Office is not in receipt of such passports, the United States Marshals Service is directed to use the resources it has available to locate and serve Respondent and seize the passports of Respondent and B.A.S. for safekeeping pending a further determination by this Court.

**SO ORDERED.**

                                                        Ann M. Donnelly
                                                        United States District Judge

Dated: Brooklyn, New York
         October 10, 2018