FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 15 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In the Matter of B.A.S.

Isacco Jacky Saada,

    Petitioner,

v.

Narkis Aliza Golan,

    Respondent.

Case No. 18-cv-5292 (AMD)

**ORDER TO SHOW CAUSE**

UPON the declaration of Isacco Jacky Saada, dated October 9, 2018, and the accompanying Memorandum of Law dated October 13, 2018, it is hereby

ORDERED that respondent, Narkis Aliza Golan, or her attorneys, show cause before this Court, at the United States Courthouse, United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, Room 4G N on the 16th day of OCTOBER, 2018 at 2 o'clock in the after noon thereof, or as soon thereafter as counsel can be heard, why an Order should not be made and entered granting the Petitioner the following relief:

  a. Issue an order granting Petitioner access to the subject child during the pendency of this action

  b. any such further relief as justice and its cause may require.

~~ORDERED that overnight or personal service of a copy of this Order, together with the copies of the papers upon which it was brought on Respondent's counsel, _____, _____, with offices at _____, on or before the ___ day of October, 2018, shall be deemed sufficient.~~

/ENTER.

s/Ann M. Donnelly
_____
U.S.D.J.