PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3980

WRITER'S DIRECT FACSIMILE
(646) 417-6241

WRITER'S DIRECT E-MAIL ADDRESS
mdoran@paulweiss.com

January 2, 2019

**By ECF**

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Room N 415
Brooklyn, NY 11201

*Saada* v. *Golan*, No. 18-CV-05292 (AMD)

Dear Judge Donnelly:

We represent Respondent Narkis Aliza Golan in the above-captioned matter. Pursuant to United States District Court for the Eastern District of New York Administrative Order 2007-10, we request permission to bring two laptop computers into the courtroom for the purposes of playing audio and video exhibits and connecting to the court reporter's realtime feed during the upcoming trial scheduled to begin on January 7, 2019. We also request permission to test the laptops and the courtroom presentation equipment either before or after the final pretrial conference at 10:30 a.m. on January 3, 2019, or at another time in advance of trial that is convenient for the Court.

Respectfully,

Marissa C.M. Doran /CR

cc: All counsel of record, via ECF

SO ORDERED:

Dated: _____          _____
                                Honorable Ann M. Donnelly
                                United States District Judge