AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Isacco Jacky Saada | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:18-cv-05292-AMD-RML |
| Narkis Aliza Golan | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    The petition is granted and B.A.S. must be returned to Italy. The Clerk of Court is respectfully directed to
enter judgment in favor of the petitioner.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☑  tried by Judge _____ without a jury and the above decision
was reached.

☐  decided by Judge _____ on a motion for

Date: april 6, 2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*