# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of April, two thousand twenty-one.

Before:        José A. Cabranes,
                     *Circuit Judge.*

---

In Re: In The Matter of B.A.S.

-------------------------------------------------

Isacco Jacky Saada,

         Petitioner - Appellee,

v.

Narkis Aliza Golan,

         Respondent - Appellant.

**ORDER**

Docket No. 21-876

Appellant moves for a stay of the district court's judgment pending appeal or until the Supreme Court rules on Appellant's pending petition for a writ of *certiorari*, whichever is later.

IT IS HEREBY ORDERED that an administrative stay is GRANTED until the stay motion is determined on an expedited basis by the panel that retained jurisdiction of the case in Docket No. 19-820. Any opposition to the stay motion must be filed by Friday, April 16, 2021. Any reply in support of the motion must be filed by noon on Tuesday, April 20, 2021.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit