E.D.N.Y.–Bklyn
18-cv-5292
Donnelly, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

   At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of April, two thousand twenty-one.

Present:
   José A. Cabranes,
   Reena Raggi,
     *Circuit Judges*.[1]

---

In Re: In the Matter of B.A.S.

---

Isacco Jacky Saada,

     *Petitioner-Appellee*,

   v.                      21-876

Narkis Aliza Golan,

     *Respondent-Appellant*.

---

Appellant moves for a stay pending appeal of the district court's March 29, 2021 decision and order, which granted Appellee's petition under the Hague Convention for an order requiring the return of the parties' child to Italy within 60 days. In the alternative, Appellant moves for a stay pending the U.S. Supreme Court's decision on her petition for a writ of *certiorari* and, if the petition is granted, pending the Supreme Court's ruling in the case.

---

[1] Judge Ralph K. Winter was an original member of the panel in *Saada v. Golan*, No. 19-820-cv, which retained jurisdiction of any future appeals in this case. He passed away in December 2020. The remaining two panel members agree on the disposition and decide this motion pursuant to Second Circuit Internal Operating Procedure E(b).

CERTIFIED COPY ISSUED ON 04/21/2021

Upon due consideration, it is hereby ORDERED that the motion for a stay is GRANTED pending a decision from the Supreme Court on Appellant's petition for a writ of *certiorari* and, if the petition is granted, until that Court issues a ruling in her case.  *See In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit