# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of June, two thousand and twenty-two.

Present: John M. Walker, Jr.,
Steven J. Menashi,
*Circuit Judges.*

_____

Isacco Jacky Saada,

*Petitioner-Appellee,*

v.

Narkis Aliza Golan,

*Respondent-Appellant.*

_____

**ORDER**

No. 20-1544

In *Golan v. Saada*, No. 20-1034, 2022 WL 2135489 (U.S. June 15, 2022), the Supreme Court of the United States vacated the judgment of this court issued October 28, 2020, 833 F. App'x 829 (2d Cir. 2020). To the extent necessary, we **REMAND** to the district court for further proceedings consistent with the Supreme Court's opinion.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/28/2022