## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of June, two thousand twenty-two.

| | |
|---|---|
| Isacco Jacky Saada, | **ORDER** |
| Petitioner - Appellee, | Docket No. 20-1544 |
| v. | |
| Narkis Aliza Golan, | |
| Respondent - Appellant. | |

The June 28, 2022 order recalling the mandate in this case issued in error.

IT IS HEREBY ORDERED that the June 28, 2022 order is vacated.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/29/2022