## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kking@maglaw.com
(212) 880-9403

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

July 1, 2022

**By ECF**

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Saada v. Golan*, No. 18-CV-05292 (AMD)

Dear Judge Donnelly:

    We represent Respondent Narkis Golan in the above-referenced proceeding. We write in response to the letter submitted today by Petitioner's counsel. *See* ECF 151. The position taken by Petitioner — that further briefing is unnecessary — is irreconcilable with his position before the United States Supreme Court, including in statements made to the Court one week ago in which Petitioner sought expedited remand to this court (an application Respondent consented to). Petitioner represented to that Court, "Expeditious return of the case will give the District Court **time to accept briefing from the parties** on the impact of this Court's opinion and to reach a decision before October 12, 2022, when the Italian court has scheduled a hearing in the custody proceeding." *See Golan v. Saada* (No. 20-1034) (application dated June 24, 2022).

    Petitioner apparently has reversed course, now claiming that briefing is unnecessary or, in the alternative, that it should be completed in two weeks. Petitioner also has misinterpreted the Supreme Court's decision to suggest that return is appropriate; it is not. We respectfully submit that briefing is necessary to allow the parties to effectively argue how the Supreme Court's new legal framework and guidance applies to the facts and circumstances of this case, including as to this Court's prior findings. And while we share Petitioner's desire for expeditious proceedings, we believe briefing appropriately can be completed on a slightly more reasonable schedule, particularly given counsel's schedules in July. We would ask the Court to accept simultaneous opening letter briefs on July 25, and simultaneous reply letter briefs on August 5.

Morvillo Abramowitz Grand Iason & Anello P. C.

        We are, of course, available for a telephonic or in-person conference if the Court wishes.

                                              Respectfully submitted,

                                              */s/ Karen R. King*

                                              Karen R. King

cc:  All counsel of record, via ECF