# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14ᵗʰ day of September, two thousand twenty-two.

Before:        José A. Cabranes,
                       *Circuit Judge,*

_____

In Re: In The Matter of B.A.S.

--------------------------------------------------

Isacco Jacky Saada,

                       Petitioner - Appellee,

v.

Narkis Aliza Golan,

                       Respondent - Appellant.

_____

**ORDER**

Docket No. 22-1966

Appellant moves for a stay of the enforcement of the district court's order dated August 31, 2022, pending appeal.  She also requests an emergency interim stay pending the Court's ruling on the motion for stay pending appeal.

IT IS HEREBY ORDERED that an administrative stay is granted until the motion for a stay pending appeal is determined by the three-judge panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON SEPTEMBER 14, 2022