AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Narkis Aliza Golan | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18 CV 05292-AMD-RML |
| Isacco Jacky Saada | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

B.A.S.

Date: 11/04/2022

s/ Janet Neustaetter
*Attorney's signature*

Janet Neustaetter  JN6061
*Printed name and bar number*

The Children's Law Center
44 Court Street, 11th Floor
Brooklyn, NY 11201
*Address*

jneustaetter@clcny.org
*E-mail address*

(718) 522-3333
*Telephone number*

(718) 522-7376
*FAX number*