UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____
                                   )
                                   )
ISACCO JACKY SAADA                 )
                                   )
            Petitioner,            )
                                   )
vs.                                )   No.   18-CV-05292
                                   )
NARKIS GOLAN                       )
                                   )
            Respondent.            )
_____)

**PETITONER'S MOTION TO (1) REPLACE OR ADD MORIN GOLAN AS RESPONDENT, (2) VACATE KINGS COUNTY FAMILY COURT ORDERS, AND (3) TRANSFER B.A.S. INTO MR. SAADA'S CARE**

Petitioner Jacky Saada, by and through counsel respectfully submits this motion, and for the reasons set forth in the accompanying memorandum, hereby moves that the Court enter an order:

1. Pursuant to Federal Rule of Civil Procedure 25, replacing Respondent Narkis Golan with new respondent Morin Golan, along with any other individual wrongfully retaining B.A.S. in the United States; or in the alternative, pursuant to Federal Rule of Civil Procedure 15, granting leave to amend the petition and adding Morin Golan along with any other individual wrongfully retaining B.A.S. in the United States as Respondents.

2. Vacating the ex parte temporary custody order issued by the Kings County Family Court on November 15, 2022 granting Morin Golan temporary custody of B.A.S.; and

3. Vacating the ex parte temporary order of protection issued by the Kings County Family Court issued on November 15, 2022 in favor of Morin Golan and B.A.S. against Mr. Saada.

      4.      Directing that B.A.S. be returned to Mr. Saada's care in New York during the pendency of this litigation.

Dated: December 9, 2022
       New York, New York

                                            Respectfully submitted,

                                            _____
                                            Michael Banuchis
                                            Green Kaminer Min & Rockmore LLP
                                            *Attorneys for Petitioner*
                                            420 Lexington Avenue, Suite 2821
                                            New York, New York 10170
                                            (212) 681-6400

cc:     All counsel of record (by ECF)