UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Isacco Jacky Saada,<br><br>               *Petitioner*,<br><br>    v.<br><br>Narkis Aliza Golan,<br><br>               *Respondent*. | 18-CV-5292 (AMD) (RML) |

**DECLARATION OF ELIZABETH A. HELLMANN
IN SUPPORT OF MORIN GOLAN'S OPPOSITION TO PETITIONER'S
MOTION TO REPLACE OR ADD PARTY AND OTHER MATTERS**

ELIZABETH A. HELLMANN, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the Bar of this Court and the attorney for Ms. Morin Golan.

2. I submit this declaration in support of Ms. Golan's Opposition to Petitioner's Motion to Replace or Add Party and Other Matters (the "Opposition") and to transmit to the Court true and correct copies of the following documents to which reference is made in the papers submitted in support of the Motion:

| | **DESCRIPTION** |
|---|---|
| **Exhibit A** | Response to Order to Show Cause filed by Attorneys for Ms. Narkis Golan Before the United States Court of Appeals for the Second Circuit, No. 22-1966 (2d Cir. Nov. 4, 2022), Dkt. Entry No. 137 **(exhibits omitted)**. |
| **Exhibit B** | Transcript of Civil Cause for Status Conference Before the Honorable Ann M. Donnelly (July 12, 2022, 12:30 p.m.), originally filed as Redacted Joint Appendix by Ms. Narkis Golan at A-2206 to A-2214, No. 22-1966 (2d Cir. Oct. 3, 2022), Dkt. Entry No. 85. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 23, 2022
New York, N.Y.

/s/   Elizabeth A. Hellmann
Elizabeth A. Hellmann